UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

JUDICIAL WATCH,

     *Plaintiff*,

     v.

U.S. DEPARTMENT OF JUSTICE,

     *Defendant*.

Civ. A. No. 26-1166 (LLA)

## JOINT STATUS REPORT

The Parties, by and through respective undersigned counsel, hereby submit a joint status report pursuant to this Court's May 11, 2026 Minute Order.

1. Plaintiff filed this suit on April 6, 2026 (ECF No. 1). Defendant answered the Complaint on May 6, 2026 (ECF No. 8). In this suit, Plaintiff seeks to compel the production of documents in response to their FOIA requests, from the Federal Bureau of Investigation, relating to the "investigation of artwork stolen in 1969 from the Museum of the cross in Sarasota, Florida." ECF No. 1.

2. **Status of Request -** Defendant has conducted its search, and is currently reviewing the records for responsiveness.

3. **Anticipated Number of Responsive Documents** - Defendant anticipates that it will be able to provide an estimated page total to Plaintiff on or before June 30, 2026.

4. **Anticipated Date for Release of Responsive Documents -** Defendant anticipates that it will be able to propose a date for the first interim production of records to Plaintiff on or before August 28, 2026, which it will process on an interim monthly basis by processing 250 pages per month.

- 1 -

- 2 -

5.    **Motion for Stay -** Defendant does not anticipate that an *Open America v. Watergate Special Prosecution Force et al.*, 547 F.2d 605 (D.C. Cir. 1976) stay is warranted.

6.    **Vaughn Index and Summary Judgment -** Given this update, Defendant believes that summary judgment briefing and the filing of a Vaughn Index is premature at this time.

7.    The Parties further propose that they update the Court with the progress of Defendant's determination and any proposed schedule for briefing in the next 90 days, *i.e.,* by September 5, 2026.

Dated: June 5, 2026
Washington, D.C.

Respectfully submitted,

JEANINE FERRIS PIRRO
United States Attorney

/s/ *Philumina Johanni*
RAMONA RAULA COTCA
D.C. Bar No. 501159
PHILUMINA JOHANNI*
JUDICIAL WATCH, INC.
425 Third St. SW, Suite 800
Washington, DC 20024
Tel: (202)-5172
rcotca@judicialwatch.org
pjohanni@judicialwatch.org

*Attorneys for Plaintiff*
*\*Admitted Pro Hac Vice*

 /s/ *Catherine J. Malycke*
CATHERINE J. MALYCKE
VA Bar No. 84952
Assistant United States Attorney
601 D Street, NW
Washington, D.C. 20530
Tel: (202) 809-3495
catherine.malycke@usdoj.gov

*Counsel for United States of America*

- 2 -